**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 14-6799**

UNITED STATES OF AMERICA,

             Plaintiff - Appellee,

     v.

COLE MACHADO,

             Defendant - Appellant.

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk.  Rebecca Beach Smith, Chief District Judge.  (2:11-cr-00096-RBS-TEM-1)

Submitted:  September 29, 2014        Decided:  October 8, 2014

Before MOTZ, DIAZ, and FLOYD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Cole Machado, Appellant Pro Se.  Elizabeth Marie Yusi, OFFICE OF THE UNITED STATES ATTORNEY, Norfolk, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Cole Machado appeals the district court's order denying relief on his 18 U.S.C. § 3742 (2012) motion. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>United States v. Machado</u>, No. 2:11-cr-00096-RBS-TEM-1 (E.D. Va. May 1, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

<u>AFFIRMED</u>